IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES WHITED,
ADC #123645                                                                                        PLAINTIFF

v.                                            5:06CV00136 SWW/HDY

KEITH WADDLE, et al.                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim, and that such dismissal is considered a "strike" within the meaning of 28 U.S.C. § 1915(g). The relief sought is denied.

IT IS SO ADJUDGED this 19th day of June 2006.


/s/Susan Webber Wright


UNITED STATES DISTRICT JUDGE